UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                        Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                        Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Before the Court in this habeas action are Petitioner Stanley Rimer's motion for appointment of counsel (ECF No. 6) and duplicative motions for a copy of his Petition (ECF Nos. 5, 7). Petitioner has paid the filing fee. (ECF No. 4.)

The Court will grant Petitioner's motion for appointment of counsel because Petitioner is unable to afford counsel and the issues presented warrant appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B).

The Court will deny Petitioner's motions for a copy of his Petition as moot because the Court will appoint counsel, who likely will file an amended petition. Petitioner is instructed to direct his requests for documents to his appointed counsel.

It is therefore ordered that the Clerk of the Court file the Petition.

It is further ordered that Petitioner's motion for appointment of counsel (ECF No. 6) is granted. The Federal Public Defender is provisionally appointed to represent Petitioner.

It is further ordered that the Federal Public Defender will have thirty (30) days from the date that this Order is entered to undertake direct representation of Petitioner or to indicate to the Court an inability to represent Petitioner in these proceedings. If the Federal

Public Defender does undertake representation of Petitioner, Petitioner will then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent Petitioner, then the Court will appoint alternate counsel.

It is further ordered that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for Respondents.

It is further ordered that the Clerk electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the Petition and a copy of this Order.

It is further ordered that Respondents' counsel enter a notice of appearance within twenty (20) days of entry of this Order, but no further response will be required from Respondents until further order of the Court.

It is further ordered that, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or to the staff attorney, unless later directed by the Court.

DATED THIS 19th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE