UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                            Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br>                            Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 12) is granted. Petitioner will have through March 16, 2019, to file an amended petition.

DATED THIS 2nd day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE