UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STANLEY RIMER,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:18-cv-00023-MMD-WGC

ORDER

Petitioner has filed a first amended petition (ECF No. 17). The Court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct Respondents to file a response.

It is therefore ordered that Respondents will have 60 days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 17). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including untimeliness, lack of exhaustion, and procedural default. The Court will not entertain successive motions to dismiss.

It further is ordered that if Respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner then will have 45 days from the date on which the answer is served to file a reply.

///

///

///

It is further ordered that if Respondents file and serve a motion, then Petitioner will have 45 days from the date of service of the motion to file a response to the motion. Respondents then will have 21 days from the date of service of the response to file a reply.

DATED THIS 1st day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE