# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                      Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>                      Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 23), and good cause appearing;

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 23) is granted. Respondents will have up to and including January 16, 2020, to file an answer or other response to the first amended petition (ECF No. 17).

DATED THIS 4th day of DECEMBER 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE