# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER,<br><br>                Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondent filed an unopposed motion for enlargement of time (second request) (ECF No. 25). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 25) is granted. Respondents will have up to and including March 2, 2020, to file an answer or other response to the first amended petition (ECF No. 17).

DATED THIS 17th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE