UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STANLEY RIMER, | Case No. 3:18-cv-00023-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner Stanley Rimer filed an unopposed motion for extension of time (first request) (ECF No. 40). The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 40) is granted. Petitioner will have up to and including July 15, 2020, to file a response to the motion to dismiss (ECF No. 27).

DATED THIS 15th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE