UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STANLEY RIMER, | Case No. 3:18-cv-00023-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents filed an unopposed motion for enlargement of time (first request) (ECF No. 44). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 44) is granted. Respondents will have up to and including October 5, 2020, to file a reply in support of their motion to dismiss (ECF No. 27).

DATED THIS 6th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE