UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br><br>ORDER |

　　　Respondents filed an unopposed motion for enlargement of time (third request). (ECF No. 48.) The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion for enlargement of time (third request) (ECF No. 48) is granted. Respondents will have up to and including December 4, 2020, to file a reply in support of their motion to dismiss. (ECF No. 27.)

　　　DATED THIS 5th Day of November 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE