1
2
3                       UNITED STATES DISTRICT COURT
4                           DISTRICT OF NEVADA
5                                  * * *
6    STANLEY RIMER,                        Case No. 3:18-cv-00023-MMD-WGC
7                          Petitioner,                ORDER
          v.
8    RENEE BAKER, *et al.*,
9                          Respondents.
10

11        Respondents filed an unopposed motion for enlargement of time of 30 days (fourth

12   request) to file a reply in support of their motion to dismiss. (ECF No. 50.)  The Court finds

13   good cause to grant the motion as it is made in good faith and not solely for the purposes

14   of delay.

15        It is therefore ordered that respondents' unopposed motion for enlargement of time

16   (fourth request) (ECF No. 50) is granted. Respondents will have up to and including

17   January 4, 2021, to file a reply in support of their motion to dismiss. (ECF No. 27.)

18        DATED THIS 7th Day of December 2020

19
20
21                                        _____
                                          MIRANDA M. DU
22                                        CHIEF UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28