UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER, | Case No. 3:18-cv-00023-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents filed an unopposed motion for enlargement of time of 14 days (fifth request) (ECF No. 52). The Court finds good cause to grant the motion as it is made in good faith and not solely for the purposes of delay.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (fifth request) (ECF No. 52) is granted. Respondents will have up to and including January 19, 2021, to file a reply in support of their motion to dismiss (ECF No. 27).

DATED THIS 5th Day of January 2021

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE