UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondents were required to file their reply in support of their motion to dismiss by January 19. 2021. (ECF No. 53.) On that date, Respondents filed an unopposed motion for enlargement of time (sixth request) of three days, which would allow them to to file their reply by January 22, 2021. (ECF No. 54.) The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (sixth request) (ECF No. 54) is granted. Respondents will have up to and including January 22, 2021, to file a reply in support of their motion to dismiss (ECF No. 27).

DATED THIS 20th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE