UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 58). The Court finds good cause exists to grant the unopposed motion for enlargement of time (first request) (ECF No. 58). Respondents will have up to and including June 4, 2021, to file an answer to the first amended petition (ECF No. 17).

DATED THIS 16th Day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE