# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents were due on June 4, 2021, to file their answer to the First Amended Petition. (ECF No. 59.) On June 4, 2021, Respondents filed an unopposed motion for enlargement of time (second request), requesting a 14-day extension of time to June 18, 2021, to file their answer. (ECF No. 60.) The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that good cause exists to grant the unopposed motion for enlargement of time (second request).

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 60) is grant. Respondents will have up to and including June 18, 2021, to file an answer to the first amended petition (ECF No. 17).

DATED THIS 7th Day of June 2021.

                                            MIRANDA M. DU<br>
                                            CHIEF UNITED STATES DISTRICT JUDGE