# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                    Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                    Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 62) to respond to Petitioner's first amended petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and that good cause exists to grant the unopposed motion for enlargement of time (third request) (ECF No. 62). Respondents will have up to and including June 25, 2021, to file an answer to the first amended petition (ECF No. 17).

DATED THIS 25th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE