# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (fourth request) (ECF No. 64). The Court finds the request is made in good faith and not solely for the purposes of delay, and that good cause exists to grant the motion. Respondents will have up to and including June 29, 2021, to file an answer to the first amended petition (ECF No. 17).

It is therefore ordered that Respondents motion for enlargement of time (fourth request) (ECF No. 64) is granted.

DATED THIS 28th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE