UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

　　　Respondents have filed a motion for enlargement of time (fifth request) (ECF No. 66) to file an answer to the First Amended Petition. The Court finds the motion is made in good faith and not solely for the purpose of delay, and that good cause exists to grant the motion for enlargement of time (fifth request). (ECF No. 66.) Respondents will have up to and including June 30, 2021, to file an answer to the first amended petition. (ECF No. 17.)

　　　DATED THIS 30th Day of June 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE