UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY RIMER,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:18-cv-00023-MMD-WGC<br><br>ORDER |

Petitioner Stanley Rimer has filed an unopposed motion for extension of time (second request) to file a reply to Respondents' answer. (ECF No. 71.) The Court finds Rimer's request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Rimer will have up to and including December 14, 2021, to file a reply to the answer (ECF No. 68).

It is therefore ordered that Rimer's motion for extension of time (second request) (ECF No. 71) is granted.

DATED THIS 19th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE