UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STANLEY RIMER, | Case No. 3:18-cv-00023-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 75.) The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 75) is granted. Respondents will have up to and including January 18, 2022, to file a response to the motion for an evidentiary hearing (ECF No. 74).

DATED THIS 4th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE