UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>                              Petitioner,<br>     v.<br><br>RENEE BAKER, *et al.*,<br><br>                              Respondents. | Case No. 3:18-cv-00023-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 77) to respond to Petitioner's motion for an evidentiary hearing (ECF No. 74.). The Court finds Respondents' motion is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the enlargement of time.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 77) is granted. Respondents will have up to and including January 25, 2022, to file a response to the motion for an evidentiary hearing (ECF No. 74).

DATED THIS 25th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE